Yana Hart, Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| **KARESTIN THOMPSON**, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**NATIONAL DEBT RELIEF, LLC**,<br><br>Defendant. | Case No.: 2:20-cv-02868-PA-MRW<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br><br>HON. PERCY ANDERSON |

Plaintiff KARESTIN THOMPSON, hereby moves to dismiss the above entitled action without prejudice in its entirety.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e)[1] are inapplicable to the parties' settlement and dismissal of this Putative Class action because this action has not been certified as a class. Regardless, there is no prejudice to the absent class members because (i) it is highly unlikely that there has been any reliance by putative class members on the filing of this class action to

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.

vindicate their rights; (ii) putative class members' claims will not be prejudiced by lack of adequate time to file other actions due to the tolling of the absent class members' claims; (iii) there have been no concessions, impairments or other actions taken by the Parties' counsel that would prejudice the class' claims; and (iv) the putative class members are being dismissed without prejudice

WHEREFORE, Plaintiff respectfully requests that this Court dismiss this action without prejudice.

Dated: April 24, 2020            **KAZEROUNI LAW GROUP, APC**

                                               By: s/Yana A. Hart
                                                       Yana A. Hart
                                                       *Attorneys for Plaintiff*