JS-6

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| **KARESTIN THOMPSON**, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **NATIONAL DEBT RELIEF, LLC,** <br><br> Defendant. | Case No.: **2:20-cv-02868-PA-MRW** <br><br> **ORDER GRANTING THE NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** <br><br> **HON. PERCY ANDERSON** |

Based upon the Notice of Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed without prejudice as to the named Plaintiff, and without prejudice to the putative class.

IT IS SO ORDERED.

Dated: April 28, 2020          By: _[signature]_

HON. PERCY ANDERSON
United States District Judge

**PROPOSED ORDER**                              1